```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0088--CV (RRB)
                              "LA VERNE HUTTO ET AL V USA ET AL"

                    Including terminated parties, excluding terminated counsel


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 04/25/05
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice
                    MEDICAL MALPRACTICE
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 04/25/05 receipt # 00125569
           Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

PLF 1.1            HUTTO, LA VERNE                  Donna J. McCready
                                                    Ashburn & Mason
                                                    1130 W. 6th Avenue, Suite 100
                                                    Anchorage, AK 99501-5914
                                                    907-276-4331
                                                    FAX 907-277-8235

PLF 2.1            HAAKANSON, SVEN JR., ESTATE OF   Donna J. McCready
                                                    (see above)

DEF 1.1            UNITED STATES OF AMERICA         Susan J. Lindquist
                                                    U.S. Attorney's Office
                                                    222 W. 7th Avenue, #9
                                                    Anchorage, AK 99513-7567
                                                    907-271-5071

DEF 2.1            TSCHERSICH, HANS U. MD           James D. Gilmore
                                                    Gilmore & Doherty
                                                    1029 W. 3rd Avenue, Suite 500
                                                    Anchorage, AK 99501
                                                    907-279-4506
                                                    FAX 907-279-4507

DEF 3.1            LUNDBLAD, JOHN G. MD             Howard A. Lazar
                                                    Delaney Wiles et al
                                                    1007 W. 3rd Avenue, Suite 400
                                                    Anchorage, AK 99501
                                                    907-279-3581

DEF 4.1            KODIAK ISLAND HOSPITAL AND CARE  Howard A. Lazar
                   CENTER                           (see above)

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0088--CV (RRB)
                              "LA VERNE HUTTO ET AL V USA ET AL"

                                      For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 04/25/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice
                    MEDICAL MALPRACTICE
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 04/25/05 receipt # 00125569
          Trial by: Jury


 Document #   Filed       Docket text

      1 -  1  04/25/05    Complaint filed.

      2 -  1  04/25/05    PLF 1-2; DEF 1-4 Stipulation to remove defendants Lundblad, Tschersich
                          and Kodiak Island Hospital & Care Center to Federal Court:to the filing
                          of one complaint against all defendants; and to the substitution of the
                          personal representative.

   NOTE -  1  04/26/05    Issued: summons re: 2,3,4 and US Attorney

      3 -  1  04/29/05    JWS Minute Order that by agreement of the judges this case is reassigned
                          to Judge Beistline for all further proceedings; use case number A05-088
                          CV (RRB) on all future filings. cc: cnsl, Judge Beistline

      4 -  1  04/29/05    RRB Order approving stip to remove defendants Lundblad, Tschersich and
                          Kodiak Island Hospital (2-1). cc: cnsl

      5 -  1  05/02/05    DEF 3-4 Attorney Appearance of H. Lazar.

      6 -  1  05/02/05    DEF 3-4 Jury Demand.

      7 -  1  05/02/05    DEF 3-4 Answer to Complaint.

      8 -  1  06/20/05    DEF 2 Attorney Appearance of J. Gilmore.

      9 -  1  06/20/05    DEF 2 Answer to Complaint.

     10 -  1  06/30/05    DEF 1 Answer to Complaint.

     11 -  1  07/01/05    RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 28 days from svc of this ord. cc: cnsl

     12 -  1  08/02/05    PLF 1-2; DEF 1-4 Report of parties' meeting.

     13 -  1  08/12/05    RRB Scheduling and Planning Order setting pretrial deadlines: Original
                          discovery 05/05/06; Dispositive motions deadline 06/05/06; Estimate of
                          trial 8 days. cc: cnsl
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A05-0088--CV (RRB)
                            "LA VERNE HUTTO ET AL V USA ET AL"

                                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 10/03/05 | PLF 1 Stipulation for extension of time for expert reports from 12/9/05 and 12/15/05 to 12/9/05 and 1/9/06. |
| 15 - 1 | 10/04/05 | RRB Order granting stipulation for extension of time for expert reports from 12/9/05 and 12/15/05, to 12/9/05 and 1/9/06 (14-1).  cc: cnsl |

Case 3:05-cv-00088-RRB   Document 15   Filed 04/25/2005   Page 3 of 3