Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for La Verne Hutto

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LA VERNE HUTTO, Personal Representative of the ESTATE OF SVEN HAAKANSON, SR. and the Beneficiary of the Estate,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA; HANS U. TSCHERSICH, MD; JOHN G. LUNDBLAD, MD, and KODIAK ISLAND HOSPITAL AND CARE CENTER,<br><br>　　　　　Defendants. | **JOINT MOTION FOR MEDIATION**<br><br>Case No. 3:05-CV-088-RRB |

Pursuant to Local Rule 16.2, Plaintiff La Verne Hutto, Personal Representative

of the Estate of Sven Haakanson, Sr., by and through counsel Ashburn & Mason, P.C.,

Defendants John Lunblad, M.D. and Kodiak Island Hospital, by and through counsel

Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., Defendant Hans U. Tschersich, by and through counsel Gilmore & Doherty, P.C., and Defendant United States of America, through counsel, hereby move for a Court ordered mediation before The Honorable H. Russell Holland on one of the following dates: April 25, 26, 27, or 28, 2006 – the earliest dates all parties are available for a mediation.  The parties joining this motion have agreed that submitting the above-captioned litigation to a non-binding mediation will aid in the possible settlement of this dispute and avoid the significant cost and expense of trial.[1]  The parties joining this motion have only agreed to Judge Holland as a mediator and at this time, are only all available on April 25, 26, 27 or 28, 2006.

                                        ASHBURN & MASON, P.C.
                                        Attorneys for Plaintiff

DATED: _____     /s/ Donna J. McCready
                                        1130 West Sixth Avenue, Suite 100
                                        Anchorage, Alaska 99501
                                        Phone: (907) 276-4331
                                        Fax: (907) 277-8235
                                        E-mail: djm@anchorlaw.com
                                        Alaska Bar No. 9101003

---

[1]     In this medical malpractice action, discovery is nearly complete and the parties have hired a total of eighteen different experts located throughout the United States.  The parties joining this motion believe that at this point in the litigation, mediation would be most productive.  The parties joining this motion also recognize that expert discovery and a trial would consume significant resources of both the parties and the court and hope that mediation will avoid this time and expense.

JOINT MOTION FOR MEDIATION
*Hutto v. USA;* Case No. 3:05-CV-088-RRB                                              Page 2 of 4

                                  DELANY WILES HAYES GERETY ELLIS & YOUNG, INC.
Attorneys for Defendants John G. Lundblad M.D and Kodiak Island Hospital and Care Center

DATED: _____    /s/ Howard A. Lazar  (consent)
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
E-mail: hal@delaneywiles.com
Alaska Bar No. 8604013


GILMORE & DOHERTY, P.C.
Attorneys for Defendant Hans U. Tschersich M.D.

DATED: _____    /s/ James Gilmore (consent)
1029 West 3rd Avenue, Suite 500
Anchorage, Alaska 99501
Phone: (907) 279-4506
Fax: (907) 279-4507
E-mail: jgilmore@gilmoreanddoherty.com
Alaska Bar No. 6702007


U.S. DEPARTMENT OF JUSTICE
U.S. ATTORNEY'S OFFICE
DISTRICT OF ALASKA
Attorneys for Defendant U.S.A.

DATED: _____    /s/ Susan Lindquist  (consent)
Federal Building & U.S. Courthouse
222 West Seventh Ave. #9, Room 13
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.com
Alaska Bar No. 9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2006, a copy of the foregoing Joint Motion for Mediation was served electronically on:

    Howard A. Lazar
    Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
    1007 W Third Avenue, Suite 400
    Anchorage, Alaska  99501

    Susan J. Lindquist
    Office of the U.S. Attorney
    Federal Building, U.S. Courthouse
    222 W Seventh Avenue, Room 253
    Anchorage, Alaska  99513

    James D. Gilmore
    Gilmore & Doherty, PC
    1029 W Third Avenue, Suite 500
    Anchorage, Alaska  99501

 /s/ Donna J. McCready

P:\Clients\9947\Pleadings\Federal\Motion for Mediation v.2.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

JOINT MOTION FOR MEDIATION
*Hutto v. USA;* Case No. 3:05-CV-088-RRB                                                                 Page 4 of 4