Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for La Verne Hutto

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LA VERNE HUTTO, PERSONAL REPRESENTATIVE OF THE ESTATE OF SVEN HAAKANSON, SR., on behalf of the Estate of Sven Haakanson, Sr. and the Beneficiary of the Estate, ) ) ) ) ) ) ) Plaintiff, ) ) vs. ) ) UNITED STATES OF AMERICA; ) HANS U. TSCHERSICH, M.D.; ) JOHN G. LUNDBLAD, M.D.; and ) KODIAK ISLAND HOSPITAL AND ) CARE CENTER, ) ) Defendants. ) ) | Case No. 3:05-CV-088-RRB<br><br>**ORDER GRANTING JOINT MOTION FOR MEDIAITON** |

Plaintiff and Defendants Hans U. Tschersich, John Lundblad, M.D. and Kodiak Island Hospital and Care Center, and the United States of America, by and through their

Page 1 of 2

respective attorneys, have requested that the Court order a non-binding mediation before the Honorable H. Russell Holland on the days of April 25, 26, 27 or 28, 2006.

IT IS HEREBY ORDERED that that parties' motion for mediation is granted. The Court will schedule a mediation before Judge Holland for April 25, 2006. The parties have until **March 1, 2006** to provide the Court with a supplemental Order containing the information required by Local Rule 16.2(e)(1).

DATED: 2/13/06

RALPH R. BEISTLINE, U.S. District Judge

P:\Clients\9947\Pleadings\Federal\Motion for Mediation ORDER v.2.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235