Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for La Verne Hutto

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LA VERNE HUTTO, PERSONAL REPRESENTATIVE OF THE ESTATE OF SVEN HAAKANSON, SR., on behalf of the Estate of Sven Haakanson, Sr. and the Beneficiary of the Estate,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; HANS U. TSCHERSICH, M.D.; JOHN G. LUNDBLAD, M.D.; and KODIAK ISLAND HOSPITAL AND CARE CENTER,<br><br>　　　　　　　　　　Defendants. | Case No. 3:05-CV-088-RRB<br><br>**STATUS REPORT** |

　　　　Pursuant to the Court's Order dated February 13, 2006, plaintiff, on behalf of all parties, states that the parties will hold a meeting with Judge Holland as contemplated by Local Rule 16.2(e)(2) to discuss procedures for the mediation.  After this meeting,

the parties will file a status report with the Court that will include the information specified in Local Rule 16.2(e)(1).

                ASHBURN & MASON, P.C.
Attorneys for Plaintiff LA VERNE HUTTO, PERSONAL REPRESENTATIVE OF THE ESTATE OF SVEN HAAKANSON, SR., on behalf of the Estate of Sven Haakanson, Sr. and the Beneficiary of the Estate

DATED:   3/1/2006              By:  /s/ Donna J. McCready
                                      Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2006, a copy of the foregoing Status Report was served electronically on:

   Howard A. Lazar
   Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
   1007 W Third Avenue, Suite 400
   Anchorage, Alaska  99501

   Susan J. Lindquist
   Office of the U.S. Attorney
   Federal Building, U.S. Courthouse
   222 W Seventh Avenue, Room 253
   Anchorage, Alaska  99513

   James D. Gilmore
   Gilmore & Doherty, PC
   1029 W Third Avenue, Suite 500
   Anchorage, Alaska  99501

ASHBURN & MASON

 /s/ Donna J. McCready

P:\Clients\9947\Pleadings\Federal\Status Report 060301.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

STATUS REPORT
*Hutto v. USA;* Case No. 3:05-CV-088-RRB                              Page 2 of 2