## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

LA VERNE HUTTO, et al.   v.   UNITED STATES OF AMERICA, et al.

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                        CASE NO.   3:05-cv-00088-RRB

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 14, 2006

    Following a preliminary review of settlement conference memoranda the settlement conference previously scheduled as tentative is hereby confirmed as a scheduled settlement conference on Tuesday, April 25, 2006, at 1:30 p.m. before the Honorable H. Russel Holland.

[]{IA.WPD*Rev.12/96}