- 1 -

## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

LA VERNE HUTTO                              v.    UNITED STATES

THE HONORABLE H. RUSSEL HOLLAND                   CASE NO.   3:05cv0088-RRB

         Deputy Clerk                             Official Recorder

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

    A settlement conference was conducted in this case on April 25, 2006.

    Subject to the resolution of two conditions that the settlement judge considers to be minor, a settlement of this case has been achieved. It should be known in about a week whether the conditions can be met.