**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

　LA VERNE HUTTO, et al　 v.　　UNITED STATES OF AMERICA, et al

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO.　3:05-cv-00088-RRB

　CAROLYN BOLLMAN　

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: July 6, 2006

　　　　On April 27, 2006, Settlement Judge H. Russel Holland advised that settlement had been achieved subject to resolution of two conditions.  Since that time, nothing has been filed with the court.

　　　　A report on the status of this case is due from plaintiff no later than close of business Friday July 14, 2006.

[]{IA.WPD*Rev.12/96}