Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for La Verne Hutto

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LA VERNE HUTTO, Personal Representative of the ESTATE OF SVEN HAAKANSON, SR. and the Beneficiary of the Estate,<br><br>     Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA; HANS U. TSCHERSICH, MD; JOHN G. LUNDBLAD, MD, and KODIAK ISLAND HOSPITAL AND CARE CENTER,<br><br>     Defendants. | Case No. 3:05-CV-088-RRB<br><br>**PLAINTIFF'S REPORT OF CASE STATUS** |

In response to this Court's July 6, 2006 order requesting a status report the plaintiff files the following report:

As of Friday, July 7, 2006 settlement documents were signed by all the parties. The plaintiff is currently awaiting the payment of all agreed upon settlement funds. Once all settlement funds have been received in accordance with the terms of the settlement and release agreements and related documents, plaintiff will file a pleading dismissing the case.

ASHBURN & MASON, P.C.
Attorneys for Plaintiff

DATED:   7/10/2006          /s/ Donna J. McCready
                            1130 West Sixth Avenue, Suite 100
                            Anchorage, Alaska 99501
                            Phone: (907) 276-4331
                            Fax: (907) 277-8235
                            E-mail: djm@anchorlaw.com
                            Alaska Bar No. 9101003

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2006, a copy of the foregoing Plaintiff's Report of Case Status was served electronically on Howard A. Lazar, Susan J. Lindquist and James D. Gilmore.

 /s/ Donna J. McCready

P:\Clients\9947\Pleadings\Federal\Status 060710.doc

*PLAINTIFF'S REPORT OF CASE STATUS*
*Hutto v. USA;* Case No. 3:05-CV-088-RRB                                  Page 2 of 2