Donna J. McCready
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for La Verne Hutto

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LA VERNE HUTTO, Personal Representative of the ESTATE OF SVEN HAAKANSON, SR. and the Beneficiary of the Estate,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; HANS U. TSCHERSICH, MD; JOHN G. LUNDBLAD, MD, and KODIAK ISLAND HOSPITAL AND CARE CENTER,<br><br>   Defendants. | Case No. 3:05-CV-088-RRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel, agree that the claims brought by plaintiff in this case against defendants shall be dismissed with prejudice under Alaska Rule of Civil Procedure 41(a)(1). All parties agree to bear their own costs

and attorney's fees, as the issues presented in this action have been fully compromised and settled between the parties and there are no further issues to be presented to the court for determination.

           ASHBURN & MASON, P.C.
           Attorneys for Plaintiff

DATED:   9/19/06          /s/ Donna J. McCready
           1130 West Sixth Avenue, Suite 100
           Anchorage, Alaska 99501
           Phone: (907) 276-4331
           Fax: (907) 277-8235
           E-mail: djm@anchorlaw.com
           Alaska Bar No. 9101003

           DELANEY, WILES, HAYES, GERETY,
             ELLIS & YOUNG, INC.
           Attorneys for Defendants John G. Lundblad
            and Providence Kodiak Island Medical Center

DATED:   9/19/06         By:  /s/ Howard A. Lazar  (consent)
              Howard A. Lazar
              Alaska Bar No. 8604013

           CLAPP PETERSON VAN FLEIN
            TIEMESSEN & THORSNESS LLC
           Attorneys for Defendant Hans U. Tschersich

DATED:   9/19/06         By:  /s/ James D. Gilmore  (consent)
              James D. Gilmore
              Alaska Bar No. 6702007

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Hutto v. USA;* Case No. 3:05-CV-088-RRB           Page 2 of 3

                                          NELSON P. COHEN
                                          UNITED STATES ATTORNEY
                                          Attorneys for the Defendant

DATED:     9/19/06              By:   /s/ Susan J. Lindquist   (consent)
                                                    Susan J. Lindquist
                                                    Assistant U.S. Attorney
                                                    Alaska Bar No. 9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2006,
a copy of the foregoing Stipulation for
Dismissal was served electronically on:

    Howard A. Lazar  -  HAL@delaneywiles.com

    Susan J. Lindquist - Susan.Lindquist@usdoj.gov

    James D. Gilmore - jgilmore@olypen.com


 /s/ Donna J. McCready

P:\Clients\9947\Pleadings\Federal\Stipulation for Dismissal.doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Hutto v. USA;* Case No. 3:05-CV-088-RRB                                                    Page 3 of 3