IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LA VERNE HUTTO, Personal Representative of the ESTATE OF SVEN HAAKANSON SR., and the Beneficiary of the Estate,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; HANS U. TSCHERSICH, J.D.; JOHN G. LUNDBLAD, M.D.; and KODIAK ISLAND HOSPITAL AND CARE CENTER,<br><br>        Defendants. | Case No. 3:05-cv-0088-RRB<br><br>**ORDER OF DISMISSAL** |

    Based upon the Stipulation for Dismissal filed by the parties at Docket 28, it is hereby **ORDERED** that:

    1.    The claims brought by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE** in their entirety; and

    2.    The parties shall bear their own costs and attorney fees.

    ENTERED this 19th day of September, 2006.

                                S/RALPH R. BEISTLINE
                                UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL